
AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Marrero, Victor | 2. Court or Organization<br><br>U.S. District Court, S.D.N.Y. | 3. Date of Report<br><br>08/23/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. District Court, SDNY<br>500 Pearl Street<br>New York, New York 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | New York Public Library |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Marrero, Victor**

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | municipal government official |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CITIBANK KEOGH ACCOUNT: (see lines 2 and 3) | | | | | | | | | |
| 2. CD's | A | Interest | L | T | | | | | |
| 3. Annuity-Transamerica | A | Dividend | | | Sold | 10/27/10 | K | C | |
| 4. | | | | | | | | | |
| 5. PUTNAM RETIREMENT IRA: (see line 6) | | | | | | | | | |
| 6. Balanced Retirement C1-A | B | Dividend | | | Sold | 10/25/10 | K | C | |
| 7. | | | | | | | | | |
| 8. SUN AMERICA IRA: (see lines 9 and 10) | | | | | | | | | |
| 9. SunAmerica Balanced | A | Dividend | | | Sold | 10/18/10 | K | C | |
| 10. SunAmerica Goldman Sachs | A | Dividend | | | Sold | 10/18/10 | K | C | |
| 11. | | | | | | | | | |
| 12. PUTNAM IRA: (see line 13) | | | | | | | | | |
| 13. Balanced Retirement C1-A | A | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. DREYFUS (see line 16) | | | | | | | | | |
| 16. NY Tax Exempt Fund | D | Dividend | N | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SCHWAB (see line 19) | | | | | | | | | |
| 19. ConEd - common stock | B | Dividend | | | Sold | 07/26/10 | K | D | |
| 20. | | | | | | | | | |
| 21. NY STATE TUITION SAVINGS PLAN | A | Dividend | J | T | | | | | |
| 22. | | | | | | | | | |
| 23. JPMORGAN CHASE MONEY MARKET | A | Interest | J | T | | | | | |
| 24. | | | | | | | | | |
| 25. ▨ NYC DEFERRED COMP. IRA | A | Dividend | K | T | | | | | |
| 26. | | | | | | | | | |
| 27. CHASE TRADITIONAL IRA (see lines 28-32) | | | | | | | | | |
| 28. JPMorgan High Yield Bd Fund | A | Dividend | K | T | Buy | 10/29/10 | K | | |
| 29. JPMorgan Core Plus Bond Class A | A | Dividend | J | T | Buy | 10/29/10 | K | | |
| 30. JPMorgan Emerg. Mkts Debt Cl A | A | Dividend | K | T | Buy | 10/29/10 | K | | |
| 31. MFS Emerg. Mkts Debt Cl A | A | Dividend | K | T | Buy | 10/29/10 | K | | |
| 32. Principal Global Diversified Inc. A | A | Dividend | K | T | Buy | 10/29/10 | K | | |
| 33. | | | | | | | | | |
| 34. FIDELITY ROLLOVER IRA: (see lines 35 through 170) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Strategic Advs. Value Fund (name change on line 40) | A | Dividend | | | Buy | 01/21/10 | K | | |
| 36. | | | | | Buy | 03/30/10 | J | | |
| 37. | | | | | Buy | 03/31/10 | J | | |
| 38. | | | | | Buy | 05/12/10 | J | | |
| 39. | | | | | Buy | 06/25/10 | J | | |
| 40. Strategic Advs. Value Fund (name change from line 35) | B | Dividend | L | T | | 06/25/10 | J | | |
| 41. | | | | | Buy | 08/04/10 | J | | |
| 42. | | | | | Buy | 10/06/10 | K | | |
| 43. | | | | | Buy | 10/07/10 | J | | |
| 44. | | | | | Buy | 10/14/10 | J | | |
| 45. | | | | | Sold (part) | 12/15/10 | J | A | |
| 46. Fidelity Pas Small Cap Fund of Fds (name change on line 47) | A | Dividend | | | Buy | 03/30/10 | J | | |
| 47. Strategic Advs Pas Small Mid-Cap Fd (name change from ln 46) | A | Dividend | K | T | | 08/20/10 | J | | |
| 48. | | | | | Buy | 10/14/10 | J | | |
| 49. | | | | | Buy | 12/15/10 | J | | |
| 50. | | | | | Buy | 12/16/10 | J | | |
| 51. Fidelity Pas Int'l Fund of Funds (name change on line 54) | A | Dividend | | | Buy | 03/30/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 05/12/10 | J | | |
| 53. | | | | | Buy | 08/04/10 | J | | |
| 54. Strategic Advs. Pas Int'l Fd of Fds (name change from ln 51) | B | Dividend | M | T | | 08/20/10 | J | | |
| 55. | | | | | Buy | 10/06/10 | J | | |
| 56. | | | | | Buy | 10/14/10 | J | | |
| 57. Fidelity Pas US Oppor Fund of Funds (name change on ln 58) | A | Dividend | | | Buy | 06/25/10 | J | | |
| 58. Strategic Advs Pas US Opp Fd of Fds (name change from ln 57) | A | Dividend | K | T | | 08/20/10 | J | | |
| 59. Strategic Advs Core Fund | A | Dividend | M | T | Buy | 01/21/10 | K | | |
| 60. | | | | | Buy | 01/22/10 | J | | |
| 61. | | | | | Buy | 06/22/10 | J | | |
| 62. | | | | | Buy | 08/04/10 | K | | |
| 63. | | | | | Buy | 10/06/10 | J | | |
| 64. | | | | | Sold (part) | 11/15/10 | J | A | |
| 65. | | | | | Buy | 12/15/10 | J | | |
| 66. Strategic Advs. Growth Fund | A | Dividend | L | T | Buy | 06/25/10 | J | | |
| 67. | | | | | Buy | 08/04/10 | J | | |
| 68. | | | | | Buy | 10/06/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 12/09/10 | J | | |
| 70. | | | | | Buy | 11/15/10 | J | | |
| 71. | | | | | Buy | 12/10/10 | J | | |
| 72. | | | | | Buy | 12/15/10 | J | | |
| 73. Strategic Advs. Emerg. Mkts. | A | Dividend | K | T | Buy | 10/14/10 | K | | |
| 74. | | | | | Buy | 10/15/10 | J | | |
| 75. | | | | | Buy | 11/15/10 | J | | |
| 76. Fidelity Dividend Growth | A | Dividend | J | T | Buy | 01/21/10 | J | | |
| 77. | | | | | Sold (part) | 06/25/10 | J | | |
| 78. | | | | | Sold (part) | 08/04/10 | | | |
| 79. | | | | | Sold (part) | 10/06/10 | | | |
| 80. Fidelity Select Gold | B | Dividend | K | T | Buy | 06/25/10 | J | | |
| 81. Fidelity Capital & Income | B | Dividend | K | T | Sold (part) | 01/21/10 | J | A | |
| 82. | | | | | Sold (part) | 10/14/10 | J | A | |
| 83. | | | | | Sold (part) | 12/15/10 | J | A | |
| 84. Fidelity Investment Grade | B | Dividend | K | T | Sold (part) | 06/25/10 | J | A | |
| 85. | | | | | Sold (part) | 10/06/10 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 10/29/10 | K | A | |
| 87. Fidelity Short Term Bond | A | Dividend | K | T | Buy | 06/25/10 | J | | |
| 88. | | | | | Buy | 10/14/10 | J | | |
| 89. Fidelity Total Bond | B | Dividend | L | T | Buy | 12/09/10 | J | | |
| 90. Fidelity Pas Core Income Fd of Fds (name change on line 93) | C | Dividend | | | Buy | 01/21/10 | J | | |
| 91. | | | | | Buy | 03/30/10 | J | | |
| 92. | | | | | Sold (part) | 06/25/10 | J | A | |
| 93. Strategic Advs Pas Core Inc. Fd (name change from line 90) | B | Dividend | M | T | | 08/20/10 | L | | |
| 94. | | | | | Buy | 10/06/10 | K | | |
| 95. | | | | | Buy | 11/15/10 | K | | |
| 96. | | | | | Buy | 11/16/10 | J | | |
| 97. | | | | | Buy | 12/15/10 | J | | |
| 98. Fidelity Pas Income Opp Fd of Fds (name change on line 99) | C | Dividend | | | Sold (part) | 01/21/10 | J | | |
| 99. Strategic Advs Pas Inc Core Opp Fd (name change from ln 98) | A | Dividend | K | T | | 08/20/10 | K | | |
| 100. FIMM MMKT Port Inst. Cl | A | Dividend | J | T | Buy | 11/15/10 | J | | |
| 101. | | | | | Sold (part) | 12/28/10 | J | | |
| 102. Fidelity Money Market | A | Dividend | J | T | Buy | 01/21/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 02/17/10 | J | | |
| 104. | | | | | Sold (part) | 05/25/10 | J | | |
| 105. | | | | | Buy | 06/25/10 | J | | |
| 106. | | | | | Sold (part) | 08/31/10 | J | | |
| 107. | | | | | Buy | 10/14/10 | J | | |
| 108. | | | | | Sold (part) | 11/15/10 | J | | |
| 109. Allianz NFJ Divident Value | | | | | Sold (part) | 01/21/10 | J | A | |
| 110. | | | | | Sold | 03/30/10 | J | B | |
| 111. Dreyfus Appreciation Fund | | | | | Sold | 01/21/10 | K | B | |
| 112. Goldman Sachs Large Cap Value | | | | | Sold (part) | 03/30/10 | J | A | |
| 113. | | | | | Sold (part) | 05/12/10 | J | A | |
| 114. | | | | | Sold (part) | 06/25/10 | J | A | |
| 115. | | | | | Sold (part) | 10/06/10 | J | A | |
| 116. | | | | | Sold (part) | 10/14/10 | J | A | |
| 117. | | | | | Sold | 11/15/10 | J | A | |
| 118. Hartford Growth Opp Class A | | | | | Sold | 03/30/10 | J | A | |
| 119. Hartford Capital Appreciation Class A | | | | | Sold (part) | 01/21/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 06/25/10 | J | | |
| 121. | | | | | Sold (part) | 08/04/10 | J | A | |
| 122. | | | | | Sold (part) | 10/06/10 | J | A | |
| 123. | | | | | Sold (part) | 10/14/10 | J | A | |
| 124. | | | | | Sold | 11/15/10 | J | A | |
| 125. Hotchkis & Wiley Large Cap Value Class A | | | | | Sold (part) | 01/21/10 | J | A | |
| 126. | | | | | Sold (part) | 05/12/10 | J | A | |
| 127. | | | | | Sold (part) | 10/06/10 | J | A | |
| 128. | | | | | Sold (part) | 10/14/10 | J | A | |
| 129. | | | | | Sold | 11/15/10 | J | A | |
| 130. Perkins Mid Cap Value Fund Cl J | | | | | Sold (part) | 01/21/10 | J | A | |
| 131. | | | | | Sold | 10/06/10 | J | A | |
| 132. JPMorgan US Lg Cap Core Plus | | | | | Sold | 01/21/10 | K | A | |
| 133. Lazard Emerging Mkts Open Cl | A | Dividend | | | Sold | 10/14/10 | K | A | |
| 134. Legg Mason CBA Lg Cap Growth A | | | | | Sold (part) | 06/25/10 | J | A | |
| 135. | | | | | Sold (part) | 08/04/10 | J | A | |
| 136. | | | | | Sold | 10/06/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. MFS Int'l Value Fund Cl A | | | | | Sold (part) | 10/06/10 | J | A | |
| 138. | | | | | Sold | 10/14/10 | J | A | |
| 139. MFS Research Int'l Class A | | | | | Sold (part) | 10/06/10 | J | A | |
| 140. | | | | | Sold | 10/14/10 | J | A | |
| 141. Mainstay Lg Cap Growth Fund Cl A | | | | | Sold (part) | 06/25/10 | J | A | |
| 142. | | | | | Sold (part) | 08/04/10 | J | A | |
| 143. | | | | | Sold (part) | 10/06/10 | J | A | |
| 144. | | | | | Sold (part) | 11/15/10 | J | A | |
| 145. | | | | | Sold | 12/09/10 | J | A | |
| 146. Marsico Focus | A | Dividend | | | Sold (part) | 06/25/10 | J | A | |
| 147. | | | | | Sold (part) | 08/04/10 | J | A | |
| 148. | | | | | Sold | 10/06/10 | J | A | |
| 149. Master's Select Int'l Invest | | | | | Sold (part) | 10/06/10 | J | A | |
| 150. | | | | | Sold | 10/14/10 | J | A | |
| 151. Merger Fund | | | | | Sold | 03/30/10 | J | A | |
| 152. Morgan Stanley Mid Cap Gr Port Cl P | | | | | Sold (part) | 06/25/10 | J | A | |
| 153. | | | | | Sold (part) | 08/04/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B 1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C 1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Sold (part) | 10/06/10 | J | A | |
| 155. | | | | | Sold (part) | 11/15/10 | J | A | |
| 156. | | | | | Sold | 12/15/10 | J | A | |
| 157. Pimco Total Return Adm Shs | C | Dividend | L | T | Sold (part) | 06/25/10 | J | A | |
| 158. | | | | | Sold (part) | 11/15/10 | K | B | |
| 159. Pimco Short Term Adm Shs | A | Dividend | K | T | Buy | 10/14/10 | J | | |
| 160. Pimco Comm Real Ret Strat Adm | A | Dividend | J | T | Sold (part) | 06/25/10 | J | | |
| 161. T Rowe Price High Yield Adv Cl | B | Dividend | K | T | | | | | |
| 162. Royce Penn Mut Fund | | | | | Sold (part) | 10/14/10 | J | A | |
| 163. | | | | | Sold | 12/15/10 | J | A | |
| 164. Selected American Shs Cl S | | | | | Sold (part) | 01/21/10 | J | A | |
| 165. | | | | | Sold (part) | 06/25/10 | J | | |
| 166. | | | | | Sold (part) | 08/04/10 | J | A | |
| 167. | | | | | Sold | 10/06/10 | J | A | |
| 168. Templeton Global Bond Cl A | A | Dividend | K | T | | | | | |
| 169. Westport Select Cap Cl R | | | | | Sold (part) | 10/06/10 | J | A | |
| 170. Fidelity Cash Reserves | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | | | | | |
| 172. (S) FIDELITY ROLLOVER IRA: (see lines 173 through 220) | | | | | | | | | |
| 173. Fidelity Strategic Advs. Value Fund (name change on ln 175) | | | | | Buy | 02/10/10 | J | | |
| 174. | | | | | Buy | 06/16/10 | J | | |
| 175. Strategic Advs. Value Fund (name change from line 173) | A | Dividend | J | T | | 06/25/10 | J | | |
| 176. | | | | | Buy | 09/21/10 | J | | |
| 177. | | | | | Sold (part) | 10/27/10 | J | | |
| 178. Fidelity Pas Small-Mid Cap Fd of Fds (name change on ln 179) | | | | | | 08/20/10 | | | |
| 179. Strategic Advs Pas Small-Mid Cap Fd (name change from ln178) | A | Dividend | J | T | | 08/20/10 | J | | |
| 180. Fidelity Pas Int'l Fund of Funds (name change on line 181) | | | | | | 08/20/10 | J | | |
| 181. Strategic Advs Pas Int'l Fd of Fds (name change from ln 180) | A | Dividend | J | T | | 08/20/10 | J | | |
| 182. Fidelity Pas US Opp Fd of Fds (name change on line 183) | A | Dividend | J | | Sold (part) | 03/30/10 | J | | |
| 183. Strategic Advs Pas US Opp Fd (name change from ln 182) | A | Dividend | J | T | | 08/20/10 | J | | |
| 184. Fidelity Strategic Advs. Core Fund | A | Dividend | J | T | Buy | 03/30/10 | J | | |
| 185. | | | | | Buy | 06/16/10 | J | | |
| 186. Strategic Advs. Growth Fund | A | Dividend | J | T | Buy | 06/16/10 | J | | |
| 187. Strategic Advs. Emerg. Mkts | A | Dividend | J | T | Buy | 10/27/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Fidelity Real Estate Inc. | A | Dividend | J | T | | | | | |
| 189. Fidelity Select Gold | A | Dividend | J | T | | | | | |
| 190. Fidelity Capital & Income | A | Dividend | | | Sold | 10/27/10 | J | A | |
| 191. Fidelity Invest Grade | A | Dividend | J | T | | | | | |
| 192. Fidelity Total Bond | A | Dividend | J | T | | | | | |
| 193. Fidelity Pas Core Inc Fd of Fds (name change on line 194) | A | Dividend | | | | 08/20/10 | J | | |
| 194. Strategic Advs Pas Core Inc Fd (name change from ln 193) | A | Dividend | K | T | | 08/20/10 | J | | |
| 195. Fidelity Pas Income Opp Fd of Fds (name change on ln 196) | A | Dividend | J | T | | 08/20/10 | J | | |
| 196. Strategic Advs Pas Income Opp Fd (name change from ln 195) | A | Dividend | K | T | | 08/20/10 | J | | |
| 197. Fidelity Money Market | A | Dividend | J | T | Sold (part) | 10/27/10 | J | | |
| 198. | | | | | Sold (part) | 11/02/10 | J | | |
| 199. AQR Diversified Arb. Class 1 | A | Dividend | J | T | Buy | 09/21/10 | J | | |
| 200. American Beacon Lg Cap Invest | | | | | Sold | 06/16/10 | J | | |
| 201. Credit Suisse Commd Rtrn Strtgy Sh | A | Dividend | J | T | | | | | |
| 202. Goldman Sachs Lg Cap Val Instl | | | | | Sold (part) | 02/10/10 | J | | |
| 203. | | | | | Sold | 03/30/10 | J | A | |
| 204. Janus Fund Cl J Shs | | | | | Sold | 06/16/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Perkins Mid Cap Val Fd Inv Shs | | | | | Sold | 03/30/10 | J | A | |
| 206. Lazard Emerging Mkts Open Cl | A | Dividend | | | Sold | 10/27/10 | J | | |
| 207. Mainstay Lg Cap Gr Fd Cl A | | | | | Sold | 06/16/10 | J | | |
| 208. Merger Fund | A | Dividend | | | Buy | 03/30/10 | J | | |
| 209. | | | | | Sold | 09/21/10 | J | A | |
| 210. Metropolitan West Low Duration M | A | Dividend | J | T | | | | | |
| 211. Pimco Total Return Adm Shs | A | Dividend | J | T | | | | | |
| 212. Pimco Short Term Adm Shs | A | Dividend | J | T | Buy | 02/10/10 | J | | |
| 213. | | | | | Buy | 09/21/10 | J | | |
| 214. T Rowe Price High Yld Adv Cl | A | Dividend | J | T | | | | | |
| 215. T Rowe Price Short Term Bd Fund | A | Dividend | J | T | Buy | 10/27/10 | J | | |
| 216. T Rowe Price Mid Cap. Value | | | | | Buy | 03/30/10 | J | | |
| 217. Templeton Global Bd Cl A | A | Dividend | J | T | | | | | |
| 218. FIMM MMKT Port Inst CL | A | Dividend | J | T | Buy | 10/27/10 | J | | |
| 219. | | | | | Buy | 11/02/10 | J | | |
| 220. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. FIDELITY SEP IRA: (see lines 223 through 286) | | | | | | | | | |
| 223. Fidelity Strategic Advs Value Fund (name change on line 226) | | | | | Buy | 02/10/10 | J | | |
| 224. | | | | | Buy | 03/30/10 | J | | |
| 225. | | | | | Buy | 03/31/10 | J | | |
| 226. Strategic Advs Value Fund (name change from line 223) | A | Dividend | J | T | | 06/25/10 | J | | |
| 227. | | | | | Buy | 09/21/10 | J | | |
| 228. | | | | | Sold (part) | 10/27/10 | J | | |
| 229. Fidelity Pas Small-Mid Cap Fd (name change on ln 230) | A | Dividend | | | | 08/20/10 | J | | |
| 230. Strategic Advs Pas Small-Mid Cap Fd (name change from ln229) | A | Dividend | J | T | | 08/20/10 | J | | |
| 231. Fidelity Pas Int'l Fd of Fds (name change on line 233) | | | | | | 02/10/10 | J | | |
| 232. | | | | | Buy | 06/16/10 | J | | |
| 233. Strategic Advs Pas Int'l Fd of Fds (name change from ln 231) | A | Dividend | J | T | | 08/20/10 | J | | |
| 234. | | | | | Sold (part) | 10/27/10 | J | | |
| 235. Fidelity Pas US Oppor Fd of Fds (name change on line 236) | A | Dividend | | | Sold (part) | 03/30/10 | J | | |
| 236. Strategic Advs Pas US Opp Fd (name change from ln 235) | A | Dividend | J | T | | 08/20/10 | J | | |
| 237. Fidelity Strategic Advs. Core Fund | A | Dividend | J | T | Buy | 03/30/10 | J | | |
| 238. | | | | | Buy | 06/16/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | Buy | 06/17/10 | J | | |
| 240. | | | | | Buy | 09/21/10 | J | | |
| 241. Strategic Advs. Growth Fund | A | Dividend | J | T | Buy | 06/16/10 | J | | |
| 242. Strategic Advs. Emerg. Mkts | A | Dividend | J | T | Buy | 10/27/10 | J | | |
| 243. Fidelity Real Estate Income | A | Dividend | J | T | Sold (part) | 02/10/10 | J | | |
| 244. | | | | | Sold (part) | 10/27/10 | J | | |
| 245. Fidelity Select Gold | A | Dividend | J | T | | | | | |
| 246. Fidelity Capital & Income | A | Dividend | | | Sold (part) | 02/10/10 | J | | |
| 247. | | | | | Sold (part) | 03/30/10 | J | A | |
| 248. | | | | | Sold | 10/27/10 | J | A | |
| 249. Fidelity Invest Grade | A | Dividend | K | T | | | | | |
| 250. Fidelity Total Bond | B | Dividend | K | T | | | | | |
| 251. Fidelity Pas Core Inc Fd of Fds (name change on line 252) | A | Dividend | | | Sold (part) | 06/16/10 | J | A | |
| 252. Strategic Advs Pas Core Inc. Fd (name change from ln 251) | B | Dividend | K | T | | 08/20/10 | K | | |
| 253. Fidelity Pas Inc Oppor Fd (name change on ln 254) | A | Dividend | | | | 08/20/10 | K | | |
| 254. Strategic Advs Pas Inc Opp Fd (name change from ln 253) | A | Dividend | K | T | | 08/20/10 | K | | |
| 255. | | | | | Buy | 10/27/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. FIMM MMRT Port Inst. CL | A | Dividend | J | T | Buy | 10/27/10 | J | | |
| 257. | | | | | Buy | 10/28/10 | J | | |
| 258. | | | | | Buy | 11/02/10 | J | | |
| 259. | | | | | Buy | 11/03/10 | J | | |
| 260. Fidelity Money Market | A | Dividend | J | T | Buy | 02/10/10 | J | | |
| 261. | | | | | Buy | 06/16/10 | J | | |
| 262. | | | | | Buy | 09/21/10 | J | | |
| 263. | | | | | Sold (part) | 10/27/10 | J | | |
| 264. | | | | | Sold (part) | 11/02/10 | J | | |
| 265. AQR Diver. Arb. Class 1 | A | Dividend | J | T | Buy | 09/21/10 | J | | |
| 266. | | | | | Buy | 09/22/10 | J | | |
| 267. American Beacon Lg Cap Invest | | | | | Sold | 06/16/10 | J | | |
| 268. Credit Suisse Commd Return Strtgy Shs | A | Dividend | J | T | Sold (part) | 02/10/10 | J | | |
| 269. | | | | | Sold (part) | 06/16/10 | J | | |
| 270. Goldman Sachs Lg Cap Val Instl | | | | | Sold (part) | 02/10/10 | J | A | |
| 271. | | | | | Sold | 03/30/10 | J | A | |
| 272. Janus Fund Cl J Shs | | | | | Sold | 06/16/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  Perkins Mid Cap Value Fd Cl T | | | | | Sold | 03/30/10 | J | A | |
| 274.  Lazard Emerging Mkts Open CL | A | Dividend | | | Sold | 10/27/10 | J | | |
| 275.  Mainstay Lg Cap Gr Fd Cl A | | | | | Sold | 06/16/10 | J | | |
| 276.  Merger Fund | | | | | Buy | 03/30/10 | J | | |
| 277. | | | | | Sold | 09/21/10 | J | | |
| 278.  Metropolitan West Low Dur M | A | Dividend | J | T | | | | | |
| 279.  Pimco Total Retrn Adm Shs | B | Dividend | K | T | | | | | |
| 280.  Pimco Short Term Adm Shs | A | Dividend | K | T | Buy | 02/10/10 | J | | |
| 281. | | | | | Buy | 09/21/10 | J | | |
| 282.  T Rowe Price High Yld Adv Cl | A | Dividend | J | T | Sold (part) | 02/10/10 | J | | |
| 283.  T Rowe Price Short Term Bd Fund Adv Cl | A | Dividend | J | T | Buy | 10/27/10 | J | | |
| 284.  T Rowe Price Mid Cap Value | | | | | Buy | 03/30/10 | J | | |
| 285. | | | | | Sold | 09/21/10 | J | | |
| 286.  Templeton Global Bd Cl A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Marrero, Victor | 08/23/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In part VII, several transactions are recorded with respect to specified Fidelity Investments funds the names of which as reported in the 2009 Report were changed by Fidelity on June 25, 2010 and August 20, 2010. As to each transaction, the fund is reflected on the line with the original name on the first transaction of the year and on the line with the new name on the date of the change.

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 08/23/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Victor Marrero**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544